■ In the Matter of the Estate of ANNE RAYNETTE ROBINSON-MURPHY, Deceased. RAYNETTE T. ROBINSON-HUNT, Appellant. [33 NYS3d 795]—Appeal from a corrected order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered April 1, 2015. The corrected order denied the petition for probate.

It is hereby ordered that the corrected order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Smith, J.P., Centra, Carni, Curran and Scudder, JJ.

■ In the Matter of JOSE MARTINEZ, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [33 NYS3d 795]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered Dec. 3, 2015) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.